UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4: 10 CR 293 RWS |
| | ) | |
| QUENTIN LATREL HALL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on defendant's Objections to the Report and Recommendation of the United States Magistrate Judge.

Pursuant to 28 U.S.C. § 636(b), the defendant's Motion To Suppress Evidence and Statements was referred to United States Magistrate Judge Terry I Adelman. The government filed a written response in opposition to the motion of the defendant. Judge Adelman held an evidentiary hearing on August 16, 2010. Thereafter Judge Adelman filed his Memorandum and Recommendation of United States Magistrate Judge in which he recommended that the defendant's Motion to Suppress Evidence and Statements be denied. The defendant filed his objections to the Magistrate Judge's recommendation on October 4, 2010. I conducted a *de novo* review the written briefs and the Evidentiary Hearing.

After fully considering the motion, the evidentiary hearing, and the

Memorandum and Recommendation, I will adopt and sustain the thorough reasoning of Judge Adelman set forth in support of his recommended rulings.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum and Recommendation of the United States Magistrate Judge [#29] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Quentin Latrel Hall's motion to suppress evidence and statements [#17] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of October, 2010.